No. 84–659.  DiPasquale et al. v. United States;

No. 84–683.  Serubo et al. v. United States;

No. 84–5524.  Redding v. United States; and

No. 84–5816.  Szwanki v. United States.  C. A. 3d Cir. Certiorari denied.  Justice White would grant certiorari.  Reported below: 740 F. 2d 1282.

No. 84–716.  Arkansas Louisiana Gas Co., a Division of Arkla, Inc. v. Federal Energy Regulatory Commission et al.  C. A. D. C. Cir.  Motion of Interstate Natural Gas Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–790.  General Public Utilities Corp. et al. v. United States.  C. A. 3d Cir.  Certiorari denied.  Justice Marshall took no part in the consideration or decision of this petition.*

No. 84–818.  Rudi v. Illinois.  Sup. Ct. Ill.  Certiorari denied.  Justice White and Justice Blackmun would grant certiorari.

No. 84–888.  McDaniel et al. v. Georgia Association of Retarded Citizens et al.; and

No. 84–899.  Board of Public Education for the City of Savannah and the County of Chatham et al. v. Georgia Association of Retarded Citizens.  C. A. 11th Cir.  Motion of National School Boards Association et al. for leave to file a brief as *amici curiae* in No. 84–888 granted.  Certiorari denied. Reported below: 740 F. 2d 902.

No. 84–909.  Munusamy et al. v. McClelland Engineers et al.  C. A. 5th Cir.  Certiorari and all other relief denied.

No. 84–920.  Robinson et al. v. New Jersey et al.  C. A. 3d Cir.  Motion of Legal Foundation of America for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

*See also note, *supra*, p. 1200.